JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>W/J COMMERCIAL VENTURE, L.P., a California limited partnership; and DOES 1-10, inclusive,<br><br>   Defendants. | Case No. 2:21-cv-03210-RGK-MAA<br><br>**[~~PROPOSED~~] ORDER DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| 1 | After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Shayler ("Plaintiff") and W/J Commercial Venture, L.P., ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees. |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Shayler ("Plaintiff") and W/J Commercial Venture, L.P., ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: May 7, 2021

*/s/ Gary Klausner*
UNITED STATES DISTRICT JUDGE